644

372 A.2d 842

Commonwealth v. Orwig, Appellant.

Submitted September 13, 1976. Charles J. Tague, Assistant Public Defender, and Gregory V. Smith, Public Defender, for appellant; Robert F. Banks, First Assistant District Attorney, and Allen E. Ertel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 842

Commonwealth v. Paige, Appellant.

Submitted September 13, 1976. Henry S. Perkin, Assistant Public Defender, and William H. Platt, Public Defender, for appellant; Richard R. Tomsho, Assistant District Attorney, and George J. Joseph, District Attorney, for Commonwealth, appellee.

Order affirmed.